UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMIE SIMMONS #301556                                    CIVIL ACTION

versus                                                   NO. 09-4156

BURL CAIN, WARDEN                                        SECTION: "F" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Jamie Simmons** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 19TH day of JAN, 2010.

UNITED STATES DISTRICT JUDGE